UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY H. FLINT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:11CV1977 JCH |
| | ) |
| STATE OF MISSOURI, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Petitioner has failed to pay the filing fee or submit a motion to proceed in forma pauperis as ordered by the Court.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner shall show cause no later than fourteen (14) days from the date of this Order why this action should not be dismissed for failure to prosecute.

Dated this <u>29th</u> day of December, 2011.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE